THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALEXANDER BIANCULLI, Appellant, against THOMAS McDONNELL, as Warden of the City Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Submitted May 29, 1951; decided July 11, 1951.

924

*Aaron F. Goldstein* and *Harry J. McDermott* for appellant.

*Miles F. McDonald, District Attorney (David Diamond* of counsel), for respondents.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.